O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1465 AHM (PLAx) | Date | June 2, 2010 |
|---|---|---|---|
| Title | SANTA MONICA BAYKEEPER, *et al.* v. CITY OF MALIBU | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The parties are ORDERED to split the costs to obtain a copy of the transcript of the June 2, 2010 hearing.

|  | : |  |
|---|---|---|
|  | Initials of Preparer | SMO |

cc:  Court Reporter