O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-01465 AHM (PLAx) | Date | March 9, 2011 |
|---|---|---|---|
| Title | SANTA MONICA BAYKEEPER, et al. v. CITY OF MALIBU | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

  Defendant City of Malibu's objection to Plaintiffs' Notice of Association of Counsel and Notices of Change of Attorney Information (Docket No. 183) is OVERRULED. If Plaintiffs prevail and seek attorneys' fees, Defendant can object to the fee requests at the appropriate time.

:

Initials of Preparer          SMO