O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-01465 AHM (PLAx) | Date | February 6, 2012 |
|---|---|---|---|
| Title | SANTA MONICA BAYKEEPER, et al. v. CITY OF MALIBU | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

   The Court orders the parties to file a joint report stating the most efficient order in which the Court should decide the 26 pending motions and cross motions *in limine*. In doing so, they must take into account whether the resolution of any given motion will moot the need to decide other motions. They should also take into account whether these motions may or should be placed into separate groups, so that the Court can consider motions raising comparable issues or involving overlapping facts in their entirety before the Court turns to a different group. In addition, they should provide any other information that will aid the Court in efficiently deciding these motions. The joint report should be filed no later than 7 days from the date of this order. The Court is beset with a packed case load and will turn to the motions when it can.

                                                                                      :

                                                     Initials of Preparer         SMO