O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1465 AHM (PLAx) | Date | April 16, 2012 |
|---|---|---|---|
| Title | SANTA MONICA BAYKEEPER, et al. v. CITY OF MALIBU | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Kendra Bradshaw | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:            Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

The Court has received the Parties' "Notice of Settlement." Accordingly, it is ordered that this action is dismissed without prejudice to the right to reopen this action upon good cause shown if the settlement is not consummated within 30 days. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

The parties' pending motions *in limine* and motions to strike are DENIED as moot:

PLAINTIFFS' MILs:

**1)** MOTION IN LIMINE (# 1) to Preclude Evidence Or Argument Concerning Issues Determined In Summary Judgment Order filed by Plaintiffs Natural Resources Defense Council, Inc. [235]

**2)** MOTION IN LIMINE (# 2) to Exclude Facts and Legal Arguments filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [237];

**3)** MOTION IN LIMINE (# 3) to Preclude Evidence Relating To Potential Contribution From Other Sources filed by plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [238];

**4)** MOTION IN LIMINE {# 4) to Preclude Evidence Or Discussions Related To Bacteria TMDLs filed by plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [239];

**5)** MOTION IN LIMINE (# 5) to Exclude Testimony Contrary To Prior Sworn Submissions To The State Board filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [240];

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1465 AHM (PLAx) | Date | April 16, 2012 |
|---|---|---|---|
| Title | SANTA MONICA BAYKEEPER, et al. v. CITY OF MALIBU | | |

**6)** MOTION IN LIMINE (# 6) to Exclude Evidence Or Discussions On Baykeeper's Unrelated Legal Actions filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper. [245];

**7)** MOTION IN LIMINE (# 7) to Preclude Evidence Or Argument That Storm Drains Maintained By Defendant Are Not Operated By It For Clean Water Act Purposes filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [241];

**8)** MOTION IN LIMINE (# 8) to Exclude Evidence Regarding Freshwater Standards For Malibu Lagoon filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [242];

**9)** MOTION IN LIMINE (# 9) to Preclude Evidence Relating To Third-Party Outlets filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper. [243];

**10)** MOTION IN LIMINE (# 10) to Exclude Testimony Of Dr. Randall Orton filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [246];

**11)** MOTION IN LIMINE (# 11) to Exclude Any Expert Opinion Testimony Of Dr. John Izbicki And Conclusions In Reports And Papers Authored By Dr. Izbicki filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [247];

**12)** MOTION IN LIMINE (# 12) to Preclude Evidence Or Argument Relating To Remedies filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [248].

**13)** MOTION IN LIMINE *Daubert* to Exclude Sercu Testimony filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [244]

**14)** MOTION to Strike Sercu filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [249]

**15)** MOTION to Strike Susilo filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [250]

**16)** MOTION to Strike Pleus filed by Plaintiffs Natural Resources Defense Council, Inc., Santa Monica Baykeeper [251]

and
///
///

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-1465 AHM (PLAx) | Date | April 16, 2012 |
|---|---|---|---|
| Title | SANTA MONICA BAYKEEPER, et al. v. CITY OF MALIBU | | |

DEFENDANT'S MILs :

**1)** MOTION IN LIMINE (1) to Exclude Evidence of Violations filed by Defendant City of Malibu [222];

**2)** MOTION IN LIMINE (2) to Exclude Pre-2010 Sampling Data and Civic Center Drains filed by Defendant City of Malibu [223];

**3)** MOTION IN LIMINE (3) to Exclude Baykeeper Sampling Data filed by Defendant City of Malibu [230];

**4)** MOTION IN LIMINE (4) to Exclude Evidence re Non-MS4 Stormwater Converyances filed by Defendant City of Malibu [219];

**5)** MOTION IN LIMINE (5) to Exclude Evidence of Water Quality Objectives filed by Defendant City of Malibu [220];

**6)** MOTION IN LIMINE (6) to Exclude testimony from John Witte filed by Defendant City of Malibu [229];

**7)** MOTION IN LIMINE (7) to Exclude Testimony of Heather Burdick filed by Defendant City of Malibu [221];

**8)** MOTION IN LIMINE (8) to Exclude Expert Testimony From Dr. Alexandria Boehm filed by Defendant City of Malibu [227];

**9)** MOTION IN LIMINE (9) to Exclude Expert Testimony of Mark Abramson filed by Defendant City of Malibu [225];

**10)** MOTION IN LIMINE (10) to Exclude Expert Testimony of Dr. Richard Horner filed by Defendant City of Malibu [226].

**11)** MOTION AND MOTION IN LIMINE (11) to Exclude All Docs and Witnesses Disclosed by Plaintiffs after 9-30-2011 filed by Defendant City of Malibu [331].

## Make JS-6

: 
Initials of Preparer    KB